# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROMARIO V. WALLER,**
**ADC #108263**                                                                                                    **PLAINTIFF**

**VS.**                                    **4:21-CV-00068-BRW-JJV**

**SANDRA W. LEE,**
**Corporal, Varner Super Max Unit**                                                  **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed, and the time to do so has passed.   After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. Dismissal is a strike, and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 22nd day of February, 2021.


                                                                    Billy Roy WIlson_____
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and (g).

1