# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROMARIO V. WALLER,**
**ADC #108263**                                                       **PLAINTIFF**

**VS.**                       **4:21-CV-00068-BRW-JJV**

**SANDRA W. LEE,**
**Corporal, Varner Super Max Unit**                             **DEFENDANT**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 22nd day of February, 2021.


                                                                    Billy Roy WIlson
                                                                      UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).